Filed by ____ YH ____ D.C.

Jan 31, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20053-CR-MARTINEZ/OTAZO-REYES

18 U.S.C. § 545
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

RICARDO ADOLFO LESMES NOGUERA,

   Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempt to Smuggle Goods into the United States
### (18 U.S.C. 545)

On or about January 22, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RICARDO ADOLFO LESMES NOGUERA,**

did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, from a place outside thereof, any merchandise, that is, two (2) gold dream catchers, nine (9) gold bracelets, four (4) gold pendants, seven (7) gold coins, five (5) gold rings, three (3) gold nuggets, one (1) gold necklace, and one (1) gold necklace with pendant, which should have been invoiced, in violation of Title 18 United States Code, Section 545.

## COUNT 2
### False Statements
### (18 U.S.C. 1001(a)(2))

On or about January 22, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, in a matter within the jurisdiction of the Department of Homeland Security, United States Customs and Border Protection, an agency of the executive branch of the United States Government, the defendant,

**RICARDO ADOLFO LESMES NOGUERA,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented on United States Customs and Border Protection Form 6059B that he was not transporting commercial merchandise, when in truth, and in fact, and as the defendant then and there well knew, he was transporting commercial merchandise, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 3
### False Statements
### (18 U.S.C. 1001(a)(2))

On or about January 22, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, in a matter within the jurisdiction of the Department of Homeland Security, United States Customs and Border Protection, an agency of the executive branch of the United States Government, the defendant,

**RICARDO ADOLFO LESMES NOGUERA,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant, when questioned by United States Customs and Border Protection officers, denied transporting any additional commercial merchandise, when in truth,

and in fact, and as the defendant then and there well knew, he was transporting additional commercial merchandise, in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **RICARDO ADOLFO LESMES NOGUERA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 545, as alleged in this Indictment, the defendant shall immediately forfeit to the United States:

(a) Merchandise introduced into the United States as a result of such offense, or the value thereof, pursuant to Title 18, United States Code, Section 545; and

(b) Any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

[Space Intentionally Left Blank]

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following: two (2) gold dream catchers, nine (9) gold bracelets, four (4) gold pendants, seven (7) gold coins, five (5) gold rings, three (3) gold nuggets, one (1) gold necklace, and one (1) gold necklace with pendant, valued at approximately $79,000.

All pursuant to Title 18, United States Code, Sections 545 and 982(a)(2)(B), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

TREVOR C. JONES
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

RICARDO ADOLFO LESMES NOGUERA

          Defendant.
_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| ✓ | Miami | __ | Key West | |
| __ | FTL | __ | WPB | __FTP |

New defendant(s)    Yes ____   No ____
Number of new defendants ____
Total number of counts ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   **Yes**
   List language and/or dialect   **Spanish**

4. This case will take **2-3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | | Petty | |
   | II | 6 to 10 days | | | Minor | |
   | III | 11 to 20 days | | | Misdem. | |
   | IV | 21 to 60 days | | | Felony | ✓ |
   | V | 61 days and over | | | | |

6. Has this case previously been filed in this District Court?   (Yes or No)   **No**
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **Yes**
   If yes: Magistrate Case No.   **1:20-mj-02110-Louis**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   **January 22, 2020**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

          _____
          Trevor C. Jones
          Assistant United States Attorney
          Florida Bar No. 0092793

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICARDO ADOLFO LESMES NOGUERA

**Case No:** _____

Count #: 1

Smuggling Goods into the United States

Title 18, United States Code, Section 545

**\*Max. Penalty:** 20 Years' Imprisonment
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 2

False Statements

Title 18, United States Code, Section 1001(a)(2)

**\*Max. Penalty:** 5 Years' Imprisonment
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 3

False Statements

Title 18, United States Code, Section 1001(a)(2)

**\*Max. Penalty:** 5 Years' Imprisonment
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**